Sonja S. Weissman (SBN 154320)
Kendra J. Jue (SBN 226992)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Telephone:    510.763.2000
Facsimile:    510.273.8832
sweissman@reedsmith.com
kjue@reedsmith.com

Michael K. Brown (SBN 104252)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:    213.456.8000
Facsimile:    213.457.8080
mkbrown@reedsmith.com

Lori G. Cohen (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
3290 Northside Parkway
Suite 400
Atlanta, GA 30327
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
cohenl@gtlaw.com

Attorneys for Defendant
Medtronic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY TUCKER, | No.: C 05-04173 MJJ |
| Plaintiff, | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |
| vs. | |
| MEDTRONIC, INC., and DOES 1 through 20, inclusive, | Honorable Martin J. Jenkins |
| Defendants. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, Perry Tucker (hereinafter "Plaintiff") and MEDTRONIC, INC. (hereinafter "Medtronic"), by and through their respective undersigned counsel, and approved by the Court in the accompanying Order, as follows:

1.      That this action is dismissed without prejudice;

2.      That if Plaintiff elects to file a future action asserting the same claims asserted in the instant action, (1) Plaintiff will initiate the new action in the United States District Court for the Northern District of California and that (2) Plaintiff will name in the new action the same defendants named in this action and no other defendants.  Plaintiff reserves his right to move the Court for leave to amend the complaint in the subsequent action, should Plaintiff determine that such amendment is necessary.  Medtronic reserves its right to oppose any such motion for leave to amend the complaint.

3.      Plaintiff and Medtronic agree that there shall be no tolling of any applicable statute of limitations.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

4.      Each party to bear its own costs.


IT IS SO STIPULATED.


Dated:  November 8, 2005


                                        TEAL & MONTGOMERY

                                        *Concurrence in the filing of this document*
                                        *has been obtained from the signatory*
                                        By _____
                                            Michael Henderson, Esq.
                                            ATTORNEYS FOR PLAINTIFF PERRY
                                            TUCKER

                                            -and-

Dated: November 8, 2005


                                        REED SMITH LLP


                                        By _____/s/_____
                                            Michael K. Brown, Esq.
                                            Sonja S. Weissman, Esq.
                                            ATTORNEYS FOR DEFENDANT
                                            MEDTRONIC, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED**.

2

3          DATED: _____11/8_____, 2005.



4

5                                                     _____
                                                        Hon. Martin J. Jenkins
6                                                       Judge of the United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware