FILED
NOV 18 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERRY TUCKER,

    Plaintiff,

v.

MEDTRONIC INC,

    Defendant.

No. C05-04173 MJJ

**ORDER**

It appearing that the Order of Dismissal (Doc. #27) entered on 11/16/2005, in the above entitled case was filed in error and is hereby **vacated.** The Order (Doc. #26) granting the Stipulation for Dismissal (Doc. #25), entered on 11/10/2005, shall remain in effect.

**IT IS SO ORDERED.**

Dated: NOV 18 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE